POLICE DEPARTMENT, COUNTY OF NASSAU, NEW YORK
INCIDENT/ACCIDENT STATEMENT

PDCN 206A - 11/00

| ACCIDENT NO. | INJURY NO. | DATE OF STATEMENT | ☒ MEMBER INVOLVED | ☐ CIVILIAN WITNESS |
|---|---|---|---|---|
| 03-1242-2019 | I2019-0054 | 2/18/2019 | ☐ MEMBER WITNESS | |

| RANK | LAST NAME | FIRST NAME | M.I. | SERIAL NO. | COMMAND |
|---|---|---|---|---|---|
| SGT | Russell, William S | | | 8785 | IAU |

| ADDRESS (Civilian only) | | PHONE NO. |
|---|---|---|
| | | 516-573-7120 |

| ☒ AUTO ACCIDENT | DATE OF OCCURRENCE | TIME | LOCATION |
|---|---|---|---|
| ☐ INCIDENT | 2/15/2019 | 1230 | 750 Old Country Rd, Westbury, NY 11590 |

NARRATIVE

On February 15, 2019 at approximately 12:27 hours I had made a left turn from westbound Old Country Rd, into the Bethpage FCU parking lot located at 750 Old County Rd, Westbury, once I entered the parking lot I stopped and waited for a car to back out of a parking spot. While waiting for a spot I head a car horn going off behind me and noticed a black truck behind me blocking eastbound old country rd trying to enter the parking lot behind me. After I pulled into a parking spot and exited my vehicle I notice the black truck that was behind me had backed into a handicapped parking spot and was screaming and waving his hands at me. I walked over to the truck and asked what was going on, the occupant started screaming at me and calling me a fucking cocksucker and should have pulled out of his way. I told him he should not have turned into the parking lot if he saw me stopped there. The driver continued to scream and call me a fucking asshole and cock sucker and was acting totally irrational. I then informed the driver I was an on duty Sergeant with the Nassau County Police Department, pointed the Sergeant shield on my belt and he then stated "I don't give a fuck and you can suck my dick." I then backed away from his vehicle and walked to the sidewalk by the back of his truck and called the third precinct to send an available car to assist me with an investigation at this time. I approached him with my Nassau County Sergeant Shield in my hand, showing my shield to him and telling him again I was an on duty sergeant with the police department I informed him a marked car was on the way and he can't leave. He stated "he didn't fucking care and he was leaving." I told him I was standing behind his car as he got into it and not to back up and hit me. The driver then started his car, backup up and hit me, I then called the third precinct again and asked for a car to respond to my location forth with. As I was on the phone the driver exited his vehicle and started screaming into the phone stating "he is blocking my car". The driver then got back into his vehicle and backed up again hitting me two more times knocking me backwards. I then walked to the front of his vehicle and had my sergeant shield in my hand holding it up and told him he could not leave. The driver then put the car in drive and hit me again causing me to back up and then proceeded to hit me two more time while backing me up and almost knocking into Old Country Rd, the last time he drove at me I moved out of the way and he turned right onto Old Country Rd, heading East fleeing at a high rate of speed. I walked back to my police department vehicle and exited the parking lot heading east on Old Country Rd to locate him and pull him over but by the time I got back into my car and headed east I could not find him and responded back to parking lot and waited for the third precinct units to arrive. I spoke with the precinct supervisor and explained that being struck by the defendant's vehicle numerous times caused pain to my right knee and substantial pain right foot. The supervisor on scene requested a NCPD ambulance to respond to evaluate my condition. I evaluated by the NCPD medic and told her I will follow up with my personal doctor tomorrow.

SIGNATURE: *Sgt William S. Russell*