## Ticket BD3447791

**New York State – Department of Motor Vehicles**
**SIMPLIFIED INFORMATION / COMPLAINT**
The People of The State of New York VS.
POLICE AGENCY: NCPD

- LAST NAME: HASPER
- FIRST NAME: WILLIAM
- M.I.: F
- LOCAL POLICE CODE: —
- NUMBER & STREET ADDRESS: 1006 MITCHEL FIELD
- APT. NO.: —
- PHOTO LIC SHOWN: —
- CITY: GARDEN CITY
- STATE: NY
- ZIP CODE: 11530
- OWNER IS OPER.: —
- LIC CLASS/ID TYPE: D
- I.D. NUMBER: 594885754
- SEX: M
- DATE OF BIRTH (MMDDYY): 110366
- STATE: NY
- LICENSE EXPIRES (MMDDYY): 110320
- VEH. TYPE: PU
- VEH. YR.: 2015
- VEH. MAKE: GMC
- VEH. COLOR: BLK
- PLATE #: 88USMA
- REG. STATE: NY
- REGISTRATION EXPIRES (MMDDYY): 052819

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

- TIME (24hour HHMM): 1225
- DATE OF OFFENSE (MMDDYY): 021519
- VTL ●
- IN VIOLATION OF (SECTION AND SUBDIVISION): 402 1 6
- DESCRIPTION / NARRATIVE: REAR LICENSE PLATE OBSTRUCTED / COVERED BY GLASS / PLASTIC
- PLACE OF OCCURRENCE: W/B OLD COUNTRY RD
- IN THE: Town
- OF: WESTBURY
- COUNTY OF: NASSAU
- PRECINCT: 03
- COMPLAINANT SIGN AND PRINT NAME/RANK: /s/ William Russell / SGT WILLIAM RUSSELL
- DATE AFFIRMED: 021519
- OFFICER ID #: 8785
- OFFICER'S COMMAND: FAU

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE: District

- COURT OF: First District
- COUNTY OF: NASSAU
- ADDRESS: 99 Main St
- CITY: Hempstead
- STATE: NY
- ZIP CODE: 11550
- MUST APPEAR IN PERSON ON: 2/18/19 at 9:00 AM

BD3447791

---

## Ticket BD3447780

**New York State – Department of Motor Vehicles**
**SIMPLIFIED INFORMATION / COMPLAINT**
The People of The State of New York VS.
POLICE AGENCY: NCPD

- LAST NAME: HASPER
- FIRST NAME: WILLIAM
- M.I.: F
- NUMBER & STREET ADDRESS: 1006 MITCHEL FIELD
- CITY: GARDEN CITY
- STATE: NY
- ZIP CODE: 11530
- LIC CLASS/ID TYPE: D
- I.D. NUMBER: 594885754
- SEX: M
- DATE OF BIRTH: 110366
- STATE: NY
- LICENSE EXPIRES: 110320
- VEH. TYPE: PU
- VEH. YR.: 2015
- VEH. MAKE: GMC
- VEH. COLOR: BLK
- PLATE #: 88USMA
- REG. STATE: NY
- REGISTRATION EXPIRES: 052819

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

- TIME: 1225
- DATE OF OFFENSE: 021519
- VTL ●
- IN VIOLATION OF: 375 1A
- DESCRIPTION / NARRATIVE: EXCESSIVE USE OF HORN
- PLACE OF OCCURRENCE: W/B OLD COUNTRY RD
- IN THE: Town
- OF: WESTBURY
- COUNTY OF: NASSAU
- PRECINCT: 03
- COMPLAINANT SIGN AND PRINT NAME/RANK: /s/ William Russell / WILLIAM RUSSELL SGT
- DATE AFFIRMED: 021519
- OFFICER ID #: 8785
- OFFICER'S COMMAND: FAU

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE: District

- COURT OF: First District
- COUNTY OF: NASSAU
- ADDRESS: 99 Main St
- CITY: Hempstead
- STATE: NY
- ZIP CODE: 11550
- MUST APPEAR IN PERSON ON: 2/18/19 at 9:00 AM

BD3447780

## Ticket BD3447776

**New York State - Department of Motor Vehicles**
SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.

- POLICE AGENCY: NCPD
- LAST NAME: HASPER
- FIRST NAME: WILLIAM
- M.I.: F
- NUMBER & STREET ADDRESS: 1006 MITCHEL FIELD
- CITY: GARDEN CITY
- STATE: NY
- ZIP CODE: 11503
- OWNER IS: OPER.
- LIC CLASS/ID TYPE: D
- I.D. NUMBER: 594885754
- SEX: M
- DATE OF BIRTH: 110366
- STATE: NY
- LICENSE EXPIRES: 110320
- VEH. TYPE: PU
- VEH. YR.: 2015
- VEH. MAKE: GMC
- VEH. COLOR: BLK
- PLATE #: 88USMA
- REG. STATE: NY
- REGISTRATION EXPIRES: 052819
- TIME (24hr): 1225
- DATE OF OFFENSE: 021519
- VTL: ●
- IN VIOLATION OF: 1163A
- DESCRIPTION / NARRATIVE: UNSAFE LEFT TURN
- PLACE OF OCCURRENCE: W/B OLD COUNTRY RD
- IN THE OF: WESTBURY
- COUNTY OF: NASSAU
- PRECINCT: 03
- COMPLAINANT: SGT WILLIAM RUSSELL
- DATE AFFIRMED: 021519
- OFFICER ID #: 8785
- OFFICER'S COMMAND: IAU
- COURT OF: First District
- COUNTY OF: NASSAU
- ADDRESS: 99 Main St
- CITY: Hempstead
- STATE: NY
- ZIP: 11550
- MUST APPEAR IN PERSON ON: 2/18/19 at 9:00 AM

BD3447776

## Ticket BD3447312

**New York State - Department of Motor Vehicles**
SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.

- POLICE AGENCY: NCPD
- LAST NAME: Hasper
- FIRST NAME: William
- M.I.: F
- NUMBER & STREET ADDRESS: 1006 Mitchel Field
- CITY: Garden City
- STATE: NY
- ZIP CODE: 11530
- OWNER IS: OPER.
- LIC CLASS/ID TYPE: D
- I.D. NUMBER: 594885754
- SEX: M
- DATE OF BIRTH: 110366
- STATE: NY
- LICENSE EXPIRES: 110320
- VEH. TYPE: PU
- VEH. YR.: 2015
- VEH. MAKE: GMC
- VEH. COLOR: BLK
- PLATE #: 88USMA
- REG. STATE: NY
- REGISTRATION EXPIRES: 052819
- TIME (24hr): 1230
- DATE OF OFFENSE: 021519
- VTL: ●
- IN VIOLATION OF: 600 2A
- DESCRIPTION / NARRATIVE: Leaving Scene of of incident w Injury.
- PLACE OF OCCURRENCE: PKing lot of 750 Old Country Rd.
- IN THE OF: Westbury
- COUNTY OF: Nassau
- PRECINCT: 03
- COMPLAINANT: Ryan Lunt Det
- DATE AFFIRMED: 021719
- OFFICER ID #: 8894
- OFFICER'S COMMAND: 350
- COURT OF: First District
- COUNTY OF: Nassau
- ADDRESS: 99 Main St
- CITY: Hempstead
- STATE: NY
- ZIP: 11550
- MUST APPEAR IN PERSON ON: 2/18/19 at 9:00 AM

BD3447312