

# eJusticeNY INTEGRATED JUSTICE PORTAL

Chris Hacker/NY0290030

Property » Registration  [+] Feedback

## Registration

### Inquiry Results

**Search Criteria**  Plate: 88usma

**DMV Registration**

Status: VALID  Expiration: 05/28/2019  Plate Issued: 10/17/2016
Plate: 88USMA  Class: ORG - Organization Passenger Plate (069)
Style: PICTURE  Logo: NY GOLD COLLEGES/UNIVERSITIES  Legend: WEST POINT-USMA
Vehicle: 2015; GMC; SIERRA; PICK-UP TRUCK; BLACK
Unladen Weight: 5381
Vehicle ID: 3GTU2WEC2FG326629

Insurance Co.: UNITED SERV AUTO ASSOC  Insurance Code: 355

Name: HASPER, WILLIAM F  Birth Date: 11/03/1966  Sex: Male
Address: 1006 MITCHEL FIELD
GARDEN CITY, New York 11530
Motorist ID: H016914643707699366
(less)  (print preview)

Drivers License Inquiry

**NYS Vehicle**

***HIT***  Vehicle used in the commission of a crime; Occupant(s) armed and/or dangerous; preserve for prints

Originating Agency (ORI): NY0290030 - NASSAU COUNTY POLICE DEPARTMENT 3RD PRECINCT
Phone: 516-573-6332
ORI Case Number (OCA): LNAC923

NIC Number (NIC): V230923015
Notify originator of all hits: No
Vehicle: 2015 General Motors Corp. Sierra; Pickup; Black
Vehicle ID: 3GTU2WEC2FG326629
License Plate: 88USMA  State: New York  Type: Organization  Expires: 2019
Date of Theft (DOT): 02/15/2019 - 00:00
Miscellaneous (MIS): 2019CR310133 OPERATOR WILLIAM HASPER DOB 11/03/1966 WANTED BY 3RD SQUAD 516-573-6354 FOR ASSAULT ON PO BY MV HOLD MV FOR PRINTS AND EVIDENCE
(less)  (print preview)

**NCIC Vehicle**

***HIT***  FELONY VEHICLE - OCCUPANT(S) ARMED/HOLD FOR LATENTS

```
1L01************
NY0290030

MKE/FELONY VEHICLE - OCCUPANT(S) ARMED/HOLD FOR LATENTS
ORI/NY0290030 LIC/88USMA LIS/NY LIY/2019 LIT/OR
VIN/3GTU2WEC2FG326629 VYR/2015
VMA/GMC VMO/SRA VST/PK VCO/BLK DOT/20190215
OCA/LNAC923
NOA/N
MIS/2019CR310133 OPERATOR WILLIAM HASPER DOB 11/03/1966 WANTED
```

```
                        BY 3RD SQUAD
                        MIS/516-573-6354 FOR ASSAULT ON PO BY MV HOLD MV FOR PRINTS AND
                        EVIDENCE
                        OPT/OUT
                        NIC/V230923015 DTE/20190215 1929 EST DLU/20190215 1932 EST
                        ORI IS NASSAU COUNTY PD MINEOLA 516 573-8690
```
                           (less)   (print preview)

                                                                        Hit Confirmation Request

| NYS Plate | ***HIT***  Vehicle used in the commission of a crime; Occupant(s) armed and/or dangerous; preserve for prints |
|---|---|
| | **THE FOLLOWING RECORD IS BASED ON LIC SEARCH ONLY (LIS IS NOT SEARCHED) VERIFY ALL DATA BEFORE TAKING FURTHER ACTION BASED ON THIS RESPONSE** |
| | Originating Agency (ORI): NY0290030 - NASSAU COUNTY POLICE DEPARTMENT 3RD PRECINCT |
| | Phone: 516-573-6332 |
| | ORI Case Number (OCA): LNAC923 |
| | Vehicle: 2015 General Motors Corp. Sierra; Pickup; Black |
| | Vehicle ID: 3GTU2WEC2FG326629 |
| | License Plate: 88USMA  State: New York  Type: Organization  Expires: 2019 |
| | (more)   (print preview) |
| NCIC Plate | ***HIT***  FELONY VEHICLE - OCCUPANT(S) ARMED/HOLD FOR LATENTS |
| | (more)   (print preview) |
| | Hit Confirmation Request |
| NYS Part | No hit |
| NYS Parole | No hit |
| NYS Probation | No hit |
| NYS Order of Protection | No hit |
| NYS / NCIC Person (NAM) | **NYS Person Response** <br> No hit |
| | **NCIC Person Response** <br> No hit |
| NYS Person (REG) | No hit |
| NYS Person (VIN) | No hit |

Transaction ID: 564219a4-3183-11e9-83a0-202020201010

About | Site Map | Site Policies                              February 15, 2019 7:39 PM EST