# Message Header

Type: VehFelonyCancel_NYS
From: NY0290030 - Nassau County Police Department 3rd Precinct
User: Rej
Received: 05/06/2019 02:27 PM
Subject: Vehicle Felony Cancel VIN=3GTU2WEC2FG326629, LIC=88USMA, LIS=NY, OCA=LNAC923

# Identifying Details

Message Key (MKE): FELONY VEHICLE, VEHICLE USED IN THE COMMISSION OF A CRIME, HOLD FOR PRINTS, OCCUPANTS(S) ARMED AND/OR DANGEROUS
Originating Agency (ORI): NY0290030 - NASSAU COUNTY POLICE DEPARTMENT 3RD PRECINCT 516-573-6332
ORI Case Number (OCA): LNAC923
Linking Agency (LKI):
LKI Case Number (LKA):
NIC Number (NIC): V230923015
Notify Originator of All Hits: NO

# Vehicle Details

Owner Number (OAN):
Vehicle ID (VIN): 3GTU2WEC2FG326629
Plate (LIC): 88USMA
State (LIS): NY - NEW YORK
Type (LIT): OR - ORGANIZATION
Expires (LIY): 2019
Year (VYR): 2015
Make (VMA): GMC - GENERAL MOTORS CORP.
Model (VMO): SRA - SIERRA
Style (VST): PK - PICKUP
Color (VCO): BLK

# Incident

Date and Time of Theft: 02/15/2019 - 00:00
Location of Theft:
CTV Code:
Car Jack:
Keys:

Miscellaneous (MIS):
2019CR310133 OPERATOR WILLIAM HASPER DOB 11/03/1966 POS RETIRED MOS WANTED BY 3RD SQUAD 516-573-6354 FOR ASSAULT ON PO BY MV HOLD MV FOR PRINTS AND EVIDENCE

# Located

Recovering Agency (RRI): NY0290030 - NASSAU COUNTY POLICE DEPARTMENT 3RD PRECINCT

https://www.ejustice.ny.gov/wps/myportal/!ut/p/a1/lZFdb4IwFIZ_yy52255agXlJURDmx...   5/6/2019

516-573-6332

RRI Case Number (RCA): LNAC923

Recovery Date (DOR): 03/09/2019

Location of Recovery:

CTV Code:

Vehicle Condition:

Electronic Tracking: NO   Arrest Made: NO   Arson:
Occupied: NO

Arrest Information:

Storage Information:

Locating Officer Information:

Voucher/Report Number:

# Other

Destinations: NY0290000 (LNAS), NY0290002 (LNNC), NY0290030 (LNAC), NY0290090 (LNAU), NY0290030 (LNAC)

Additional Comments:

```
FULL CANCEL AUTH DET LUNT 3RD SQD NCPD AUTH LT LAROSA
3RD PCT NCPD / RE 1430
```

Transaction ID: 9b46c85f-702c-11e9-9e43-202020201110