| LAURA CURRAN<br>**County Executive** |  | JARED A. KASSCHAU<br>**County Attorney** |

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

September 2, 2020

<u>Via Email only</u>
Law Office of Anthony M. Grandinette
114 Old County Road, Suite 420
Mineola, New York 11501

    Re: Hasper v. County of Nassau et al.
       <u>20-CV-02349 (WFK) (ST)</u>

Dear Counsel:

  This office represents defendants County of Nassau, Det/Sgt. William Russell, Det. Ryan Lunt, Det. Vincenzo Vacchiano, Det. Thomas Roche, Det. John Purcell, Det. Jonathan Panuthos, Det/Sgt. Nabil Hussain and Lt. Valerie Troise in the above-referenced action. Please find attached to this letter the following documents:

1. Notice of Motion pursuant to Fed. R. Civ. P. 12(b)(6) for partial dismissal of the Amended Complaint

2. Defendants' Memorandum of Law in support of motion pursuant to Fed. R. Civ. P. 12(b)(6) for partial dismissal of the Amended Complaint

                Very truly yours,

                /s/ Ralph J. Reissman
                RALPH J. REISSMAN
                Deputy County Attorney

<u>cc: (Via ECF)</u>:
Hon. William F. Kuntz
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

