**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

August 22, 2022

Via ECF
Hon. Lee G. Dunst
United States District Court
100 Federal Plaza
Central Islip, NY 11722

      Re:    Hasper v. County of Nassau et al.
             20-CV-02348 (WFK) (LGD)

Your Honor:

    This office represents defendants in the above referenced action. In response to the Court's directive filed August 18, 2022, I am writing to inform Your Honor that defendants consent to plaintiff's motion for an extension of discovery [DE 35].

    Thank you for your attention in this matter.

                                      Respectfully submitted,
                                      /s/ Ralph J. Reissman
                                      RALPH J. REISSMAN
                                      Deputy County Attorney

cc: Via ECF
Anthony Grandinette, Esq.
Attorney for Plaintiff

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684, 6604**