UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **November 1, 2022** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☐ In Person     ☒ Video Conference     ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **20-CV-2349 (WFK)(LGD)** |
| **NAME OF CASE(S):** | Hasper v. County of Nassau et. al. |
| **FOR PLAINTIFF(S):** | Anthony M. Grandinette |
| **FOR DEFENDANT(S):** | Ralph J. Reissman |
| **NEXT CONFERENCE(S):** | April 25, 2023 at 11:00AM in Courtroom 830 |
| **FTR/COURT REPORTER:** | 11:02-11:25, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

The Court set the following schedule:

(1) fact discovery must be completed by **August 22, 2023**;
(2) expert reports must be disclosed by **October 28, 2023**;
(3) expert depositions must be completed by **November 28, 2023**;
(4) expert discovery must be completed by **December 17, 2023**; and
(5) the first step, if any, in dispositive motion practice consistent with the Individual Practice Rules of District Judge William F. Kuntz, II must be taken by **January 25, 2024**.

The Court will not grant any further extensions to the case schedule absent a showing of good cause.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge