UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **May 23, 2023** |
| **TIME:** | **4:00PM** |
| **FORMAT:** | ☐ In Person  ☒ Video Conference  ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **20-CV-2349 (WFK)(LGD)** |
| **NAME OF CASE(S):** | Hasper v. County of Nassau et. al. |
| **FOR PLAINTIFF(S):** | Anthony M. Grandinette |
| **FOR DEFENDANT(S):** | Ralph J. Reissman |
| **NEXT CONFERENCE(S):** | June 23, 2023 at 2:00PM via AT&T Teleconference<br>(877-402-9753 – Access Code: 2785175) |
| **FTR/COURT REPORTER:** | 4:04-4:42, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, Plaintiff's motion to compel at DE 41 is GRANTED IN PART and DENIED IN PART as follows.

(1) The request for Defendants' cell phone numbers and records is DENIED WITHOUT PREJUDICE.

(2) The request for recent photographs of Defendants is DENIED WITHOUT PREJUDICE.

(3) The request for more information about various redactions to documents is GRANTED IN PART and DENIED IN PART. Defendants shall provide a letter to Plaintiff by **June 13, 2023** that provides supplemental details about the redactions identified in DE 41 and provides explanations for those redactions. For avoidance of doubt, Defendants need not file that letter with the Court. The request for a privilege log for those materials is DENIED WITHOUT PREJUDICE.

The parties shall file a joint letter by **June 13, 2023** that provides (1) the status of the discovery issues raised on the record and in the parties' prior status report at DE 40, and (2) a joint proposed schedule for the balance of the case.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge
