The Law Office of
# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

July 26, 2023

Honorable Lee G. Dunst
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

        Re: Hasper v. County of Nassau, et. al
           Docket No.: 20-cv-02349-WFK-LGD

Dear Judge Dunst:

  As you know, Mirel Fisch and I represent Plaintiff, William Hasper, in the above-reference action. On consent of all counsel, I write to request an adjournment of the telephone conference scheduled for July 31, 2023, *see* Electronic Scheduling Order dated June 22, 2023, to September 27, 29, or October 3, 4, 5, or 6.

  After issuing the Electronic Scheduling Order scheduling the upcoming July 31 conference, Your Honor issued an Order directing Defendants to produce outstanding discovery on or before August 28, 2023, *see* DE 47, rendering the July 31, 2023, conference premature. Accordingly, all counsel jointly request to adjourn the upcoming telephone conference for a period of approximately four weeks after the August 28, 2023 deadline. This adjournment will allow Plaintiff adequate time to review the discovery productions, and, if necessary, allow time for counsel to meet and confer concerning those productions, prior to conferring with this Court.

  Accordingly, counsel for the respective parties jointly request an adjournment of the July 31, 2023, telephone conference to September 27, 29, or October 3, 4, 5, or 6, or a date convenient to the Court.

                Respectfully submitted,

                Anthony M. Grandinette

AMG/mk
cc: All counsel via ECF