UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **September 29, 2023** |
| **TIME:** | **10:15AM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **20-CV-2349 (WFK)(LGD)** |
| **NAME OF CASE(S):** | Hasper v. County of Nassau et. al. |
| **FOR PLAINTIFF(S):** | Anthony M. Grandinette |
| **FOR DEFENDANT(S):** | Brian P. McLaughlin |
| **NEXT CONFERENCE(S):** | October 23, 2023 at 2:00PM via Zoom |
| **FTR/COURT REPORTER:** | 10:31-10:59 |

### RULINGS FROM STATUS CONFERENCE:

Case called. Counsel for all sides present.

For the reasons stated on the record, the schedule previously ordered at DE [39] is ADJOURNED. The parties shall submit a joint status report by **10/20/2023** that includes a new proposed schedule.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge