UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **January 31, 2024** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person ☐ Video Conference ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **20-CV-2349 (WFK)(LGD)** |
| **NAME OF CASE(S):** | Hasper v. County of Nassau et. al. |
| **FOR PLAINTIFF(S):** | Bruce Barket, Alexander Klein, |
| **FOR DEFENDANT(S):** | Brian P. McLaughlin |
| **NEXT CONFERENCE(S):** | June 13, 2024 at 3:00PM via AT&T Teleconference<br>(877-402-9753 – Access Code: 2785175) |
| **FTR/COURT REPORTER:** | 12:11-12:30, via AT&T Teleconference |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the parties' joint proposed schedule at DE 57 is APPROVED. The schedule is as follows: (1) fact depositions shall be completed by **9/1/2024**; (2) expert notices shall be exchanged by **8/1/2024**; (3) expert depositions shall be completed by **10/15/2024**; and (4) the parties shall commence dispositive motion practice, consistent with the Individual Practice Rules of District Judge Ramon E. Reyes, Jr., by **11/15/2024**. The Court will not extend these deadlines any further absent a showing of good cause.

Furthermore, the parties shall submit a joint status report, regarding the progress of discovery, by **5/17/2024**. The Court will hold a Status Conference on **6/13/2024 at 3:00 PM** via the AT&T Teleconference Center; parties should dial 877-402-9753 and enter access code 2785175.

<div align="right">

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge

</div>