# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| WILLIAM F. HASPER )<br>*Plaintiff* )<br>v. )<br>COUNTY OF NASSAU et al. )<br>*Defendant* ) | Case No. 20cv2349(RER)(LGD) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WILLIAM F. HASPER

Date: 05/17/2024

*Attorney's signature*

KYLE O. WOOD (KOW-2736)
*Printed name and bar number*

Reynolds, Caronia, Gianelli & La Pinta P.C.
200 Vanderbilt Motor Parkway, C-17
Hauppauge, New york 11788

*Address*

kwood@rcgllaw.com
*E-mail address*

(631) 231-1199
*Telephone number*

(631) 300-4380
*FAX number*