# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
- ATTORNEYS AT LAW -

| | |
|---|---|
| 200 VANDERBILT MOTOR PARKWAY<br>SUITE C-17<br>HAUPPAUGE, NEW YORK 11788 | 300 OLD COUNTRY ROAD<br>SUITE 341<br>MINEOLA, NEW YORK 11501<br>(Correspondence to Hauppauge Office) |

ANTHONY M. LA PINTA
JAMES T. REYNOLDS
PETER R. CARONIA (Ret.)
PAUL GIANELLI (Ret.)

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

MICHAEL E. FEHRINGER
KYLE O. WOOD

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

July 2, 2024

The Honorable Lee G. Dunst
Magistrate Judge, United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY  11722-4454

Re: **Hasper v. County of Nassau, et. al.**
United States District Court, EDNY
2:20 CV 2349 (RER)(LGD)

Dear Magistrate Judge Dunst:

Kindly accept this joint discovery status report regarding the above matter. Regretfully, this letter is being submitted one day late due to a clerical error on my behalf.

The parties have conferred since the last in person court conference on June 13, 2024. We have scheduled dates for the depositions of all parties and all known witnesses and have provided ample time to reschedule dates if necessary.

The parties are aware that the next status update report is due on August 1, 2024. Deputy Nassau County Attorney Brian McLaughlin, counsel for the defendants, has reviewed this correspondence and has authorized it's submission.

Please notify me if you are in need of anything further.

Respectfully submitted,

ANTHONY M. LA PINTA

cc: Brian McLaughlin, Esq. (by email)
William Hasper