# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
## - ATTORNEYS AT LAW -

| | |
|---|---|
| 200 VANDERBILT MOTOR PARKWAY<br>SUITE C-17<br>HAUPPAUGE, NEW YORK 11788 | 300 OLD COUNTRY ROAD<br>SUITE 341<br>MINEOLA, NEW YORK 11501<br>(Correspondence to Hauppauge Office) |

ANTHONY M. LA PINTA
JAMES T. REYNOLDS
PETER R. CARONIA (Ret.)
PAUL GIANELLI (Ret.)

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

MICHAEL E. FEHRINGER
KYLE O. WOOD

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

August 1, 2024

The Honorable Lee G. Dunst
Magistrate Judge, United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY 11722-4454

      Re: **Hasper v. County of Nassau, et. al.**
           United States District Court, EDNY
           2:20 CV 2349 (RER)(LGD)

Dear Magistrate Judge Dunst:

    Kindly accept this joint discovery status report regarding the above matter.

    Since our last update, the parties have conferred on numerous occasions to continue to develop a comprehensive deposition calender. We were prepared to depose a non party fact witness this past Tuesday, however the deposition required an adjournment because the witness did not respond to her subpoena. Additional depositions will start on August 15th and continue forward for the next two months. When developing the time table for this schedule, we accounted for unexpected cancellations and adjournments.

    Therefore, the parties are on course to meet our deadlines and calendar obligations to the Court.

    Deputy Nassau County Attorney Brian McLaughlin, counsel for the defendants, has reviewed this correspondence and has authorized it's submission.

Please notify me if you are in need of anything further.

Respectfully submitted,

**ANTHONY M. LA PINTA**
AML:mm

cc: Brian McLaughlin, Esq. (by email)
    William Hasper (by email)