**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

November 4, 2024

Via ECF
Hon. Lee G. Dunst
United States District Court
100 Federal Plaza
Central Islip, NY 11722

      Re:    Hasper v. County of Nassau et al.
             20-CV-02349 (RER)(LGD)

Your Honor:

      This office represents defendants in the above referenced action. The purpose of this letter is to provide a status report with respect to discovery. To date, all written discovery has been completed. The parties have conducted six (6) depositions of party and nonparty witnesses. The parties still need to conduct plaintiff's deposition and that of plaintiff's partner (nonparty) and expect to complete depositions of the remaining defendant officers and detectives by December 31, 2024. However, due to the upcoming holidays and differing time shifts of the officers and detectives, the parties may need to ask the Court for additional time to complete these depositions if the need arises, but the parties will of course inform the Court in advance of December 31, 2024 if this becomes necessary.

      As always, the parties thank Your Honor for attention and consideration in this matter.

      Respectfully submitted,

      /s/ Ralph J. Reissman
      RALPH J. REISSMAN
      Deputy County Attorney

cc: Via ECF
All counsel of record

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684, 6604**