UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **December 2, 2024** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **20-CV-2349 (RER)(LGD)** |
| **NAME OF CASE(S):** | Hasper v. County of Nassau et. al. |
| **FOR PLAINTIFF(S):** | Anthony M. LaPinta |
| **FOR DEFENDANT(S):** | Ralph J. Reissman |
| **NEXT CONFERENCE(S):** | May 28, 2025 at 11:00AM via Teleconference |
| **FTR/COURT REPORTER:** | 11:14-11:34 |

### RULINGS FROM STATUS CONFERENCE:

Case called. Counsel for all sides present.

For the reasons stated on the record, the schedule at DE 63 is VACATED. The new schedule is as follows: (1) fact depositions completed by **4/2/2025**; (2) expert reports exchanged by **4/23/2025**; (3) expert depositions completed by **5/23/2025**; and (4) the last day to commence dispositive motion practice, consistent with the Individual Practice Rules of District Judge Ramon E. Reyes, Jr., shall be **6/7/2025**. The parties shall submit a joint status report on **1/31/2025**, which shall address the status of the pending state court proceedings. The Court will hold a Status Conference via teleconference on **5/28/2025 at 11 AM.** The Court will provide a dial-in closer to the date of the Conference.

                                                           SO ORDERED

                                               /s/ Lee G. Dunst
                                               LEE G. DUNST
                                               United States Magistrate Judge