# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
## - ATTORNEYS AT LAW -

200 VANDERBILT MOTOR PARKWAY
SUITE C-17
HAUPPAUGE, NEW YORK 11788

300 OLD COUNTRY ROAD
SUITE 341
MINEOLA, NEW YORK 11501
(Correspondence to Hauppauge Office)

ANTHONY M. LA PINTA
JAMES T. REYNOLDS
PETER R. CARONIA (Ret.)
PAUL GIANELLI (Ret.)

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MICHAEL E. FEHRINGER
KYLE O. WOOD

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

May 2, 2025

The Honorable Lee G. Dunst
United States Magistrate Judge, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY  11722-4454

     Re: **Hasper v. County of Nassau, et. al.**
          20 cv 2349 (RER)(LGD)

Your Honor:

    I represent plaintiff William Hasper in the above matter.

    Kindly accept this discovery update. Since our last court conference on March 26, 2025, the following has transpired:

1. The plaintiff's father, William Hasper, a fact witness, was deposed on April 21, 2025;

2. Defendant Thomas Roche was deposed on April 29, 2025;

3. Defendant William S. Russell's deposition scheduled for today, May 2, 2025, was adjourned due a scheduling conflict by my office.

    The parties anticipate the remaining depositions to be completed within the discovery schedule established at our last court conference.

I was unable to contact Deputy County Attorney Ralph Reissman to gain his consent to his submission. However, I do not anticipate that we would challenge the accuracy of this information.

Kindly advise me if you are in need of additional information.

Respectfully submitted,

ANTHONY M. LA PINTA
AML:mm

cc: Ralph J. Reissman, Esq. (by email and ecf)