
# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

June 24, 2025

Honorable Judge Lee G. Dunst
United States District Court for the Eastern District of New York
100 Federal Plaza, Central Islip, New York 11722

      Re:    *Hasper v. County of Nassau et al.*
               Docket No.: 2:20-cv-02349(RER)(LGD)

Dear Judge Dunst:

    I write on behalf of Defendants, with Plaintiff's consent, pursuant to the Court's directive following the status conference held on June 17, 2025.

    The parties have confirmed the following dates for the remaining depositions of the four Nassau County Police Department personnel:

-     July 8, 2025 – Detective Lunt
-     July 21, 2025 – Detective Purcell
-     July 22, 2025 – Detective Vacchiano
-     July 23, 2025 – Seargent Russell

    In addition, Plaintiff has indicated his intention to depose two non-party witnesses and is currently in the process of securing their availability. Lastly, Defendants confirm that they do not intend to engage in expert discovery in this matter.

        Respectfully submitted,

        *JCarnevale*

        John Carnevale, Esq.
        Deputy County Attorney

**<u>CC</u>**:
Anthony M. LaPinta, Esq.
*Attorney for Plaintiff*