# LA PINTA, LESKO & MISKIEWICZ P.C.
– ATTORNEYS AT LAW –

200 VANDERBILT MOTOR PARKWAY
SUITE C-17
HAUPPAUGE, NEW YORK 11788

300 OLD COUNTRY ROAD
SUITE 341
MINEOLA, NEW YORK 11501
(Correspondence to Hauppauge Office)

ANTHONY M. LA PINTA
MARK J. LESKO
JAMES MISKIEWICZ

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MICHAEL E. FEHRINGER

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

July 23, 2025

Honorable Judge Lee G. Dunst
United States District Court, EDNY
100 Federal Plaza
Central Islip, New York 11722

    Re:   **William F. Hasper v. County of Nassau, et. al**
            Case No.: 20-cv-02349 (RER) (LGD)

Dear Magistrate Dunst:

    Kindly accept this discovery status letter on behalf of the parties.

    Since our last report dated June 24, 2025, we have completed two depositions of party defendants and have exchanged various items of discovery not previously disclosed. We have two remaining defendants, in addition to two non-party witnesses, to depose.

    The parties request that the deposition of defendant William Russell be held in abeyance until the parties obtain Russell's personal cell phone records from Verizon. Those records previously provided by the Nassau County District Attorney's office contained numerous redacted call numbers. Both parties desire to obtain unreacted copies of those records. Numerous requests made by the defense to the DA's office for the unredacted copies have been unsuccessful.

    To that end, we kindly request that Russell's deposition be held in abeyance and his personal cellular records be obtained from Verizon by a "So Ordered" subpoena from the Court. Kindly inform us if you will approve this request. Thank you.

Very truly yours,

ANTHONY M. LA PINTA

AML/alp

cc:   John Carnevale, Esq.