# LA PINTA, LESKO & MISKIEWICZ P.C.
- ATTORNEYS AT LAW -

| | |
|---|---|
| 200 VANDERBILT MOTOR PARKWAY<br>SUITE C-17<br>HAUPPAUGE, NEW YORK 11788 | 300 OLD COUNTRY ROAD<br>SUITE 341<br>MINEOLA, NEW YORK 11501<br>(Correspondence to Hauppauge Office) |

ANTHONY M. LA PINTA
MARK J. LESKO
JAMES MISKIEWICZ

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MICHAEL E. FEHRINGER

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

**BY ECF**

CHRISTOPHER J. PURCELL, P.C.

September 3, 2025

The Honorable Lee G. Dunst
Magistrate Judge, United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY  11722-4454

Re: **Hasper v. County of Nassau, et. al.**
United States District Court, EDNY
2:20 CV 2349 (RER)(LGD)

Dear Magistrate Judge Dunst:

Kindly accept this joint discovery status report regarding the above matter.

The parties have conferred and request the following amended discovery schedule:

1. All document demands to be completed by October 1, 2025;

2. All depositions to be completed by October 31, 2025;

3. Deadline for dispositive motion practice with District Judge Reyes to be extended to November 30, 2025.

This extension is necessary because of my unavailability due to a felony jury trial I am starting on Monday, September 8, 2025 before Justice Timothy Mazzei of the Supreme Court, Suffolk County, that is anticipated to last approximately three weeks.

Lastly, a So-Ordered subpoena to obtain defendant Russell's cell phone records shall be forwarded to you for your consideration by September 12, 2025.

Thank you for your attention herein. Kindly contact the parties if you desire anything further.

Respectfully submitted,

**ANTHONY M. LA PINTA**

cc: John Carnevale, Esq. (by email)
    William Hasper