UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

WILLIAM F. HASPER,

              Plaintiff,              2:20-CV-02349 (RER)(LGD)

  -against-              **<u>NOTICE OF APPEARANCE</u>**

COUNTY OF NASSAU, DETECTIVE/SERGEANT WILLIAM S. RUSSELL, DETECTIVE RYAN M. LUNT, DETECTIVE VINCENZO VACCHIANO, DETECTIVE THOMAS A. ROCHE, DETECTIVE JOHN PURCELL, DETECTIVE JONATHAN PANUTHOS, DETECTIVE/SERGEANT NABIL HUSSAIN, LIEUTENANT VALERIE F. TROISE, and JOHN DOES NO. 1 AND NO. 2,

              Defendants.
---------------------------------------X

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE** that John P. McEntee of Greenberg Traurig, LLP an attorney authorized to practice in this court, hereby appears as attorney for Defendants County of Nassau, Detective/Sergeant William S. Russell, Detective Ryan M. Lunt, Detective Vincenzo Vacchiano, Detective Thomas A. Roche, Detective John Purcell, Detective Jonathan Panuthos, Detective/Sergeant Nabil Hussain, Lieutenant Valerie F. Troise, and hereby requests that he be notified of all filings by ECF.

Dated: Garden City, New York
      September 30, 2025

                                          GREENBERG TRAURIG, LLP

                               By:   *s/ John P. McEntee*
                                          John P. McEntee
                                          900 Stewart Avenue, 5th Floor
                                          Garden City, NY 11530
                                          (516) 629-9605
                                          Email: John.McEntee@gtlaw.com

                                          *Attorneys for Defendants*

TO:     All Counsel of Record (By ECF)