

# LA PINTA LESKO
LA PINTA, LESKO & MISKIEWICZ, P.C.

ANTHONY M. LA PINTA
MARK J. LESKO
JAMES MISKIEWICZ

MICHAEL E. FEHRINGER

Michelle McCarthy, Office Manager

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

November 21, 2025

The Honorable Lee G. Dunst
Magistrate Judge, United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

  Re: **Hasper v. County of Nassau, et. al.**
     United States District Court, EDNY
     2:20 CV 2349 (RER)(LGD)

Dear Magistrate Judge Dunst:

  Kindly accept this joint status report regarding the above matter.

  The parties have been working diligently in completing the final stage of discovery. The final deposition – that of defendant Russell – will take place on December 8, 2025. The parties will complete all other outstanding discovery obligations prior to the discovery deadline on December 19, 2025.

  Lastly, the parties are aware that the deadline to commence dispositive motion practice, consistent with Judge Reyes' Individual Practice Rules, is January 16, 2026.

  Kindly advise the parties if you are in need of anything further. Thank you.

Respectfully submitted,

*Anthony M. La Pinta*
ANTHONY M. LA PINTA

cc: John McEntee, Esq.
   Katy Cole, Esq.
   William Hasper

200 Vanderbilt Motor Parkway, Suite C-17 Hauppauge, New York 11788  300 Old Country Road, Suite 341 Mineola, New York 11501
Tel: 631-231-1199 Fax: 631-300-4380  (Correspondence to Hauppauge Office)