**GT GreenbergTraurig**

Katy Cole
Tel 516.629.9606
Fax 516.706.8666
Katy.Cole@gtlaw.com

January 5, 2026

**VIA ECF**
Honorable Lee G. Dunst
United States Magistrate Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:  Hasper v. *County of Nassau*, et. al., No. 20-cv-2349-RER-LGD (E.D.N.Y.)

Dear Magistrate Judge Dunst:

This Firm is counsel for Defendants in the above-referenced matter.  Further to the Court's December 3, 2025 Order ("Order") and jointly with Anthony M. La Pinta, counsel for Plaintiff, we submit this status report.

As previously detailed in our joint status reports, the parties worked diligently to complete discovery and the several outstanding items previously reported to the Court (DE 94) have been resolved. All that remains to be completed is the deposition of Sergeant Russell, which is scheduled for one, or both of January 14th and 15th.

Additionally, for clarity's sake Plaintiff intends to withdraw certain causes of action from the operative complaint and will circulate a proposed amended complaint by way of stipulation ("PAC").  Although the parties do not anticipate a need for additional discovery as a result, the amendments will impact whether and to what extent Defendant will move for partial summary judgment.  And so, the parties respectfully request the current date of January 16th for purposes of commencing dispositive motion practice, consistent with District Judge Ramon E. Reyes's Individual Practice Rules be adjourned for 30 days following receipt of the PAC.

We look forward to seeing Your Honor at the status conference scheduled for 12:00 noon on January 12, 2026.  Thank you for your time and attention.

Respectfully submitted,

GREENBERG TRAURIG, LLP,                    LA PINTA, LESKO & MISKIEWICZ, P.C.,
*Counsel for Defendants*                   *Counsel for Plaintiff*

 By:  */s/ Kathryn C. Cole*                By:  */s/ Anthony LaPinta*
      Kathryn C. Cole                            Anthony LaPinta