UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **January 12, 2026** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☒ In Person    ☐ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **20-CV-2349 (RER)(LGD)** |
| **NAME OF CASE(S):** | Hasper v. County of Nassau et. al. |
| **FOR PLAINTIFF(S):** | Anthony M. LaPinta |
| **FOR DEFENDANT(S):** | Kathryn Mary Carney Cole |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 12:12-1:44 |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the parties shall file a stipulation to withdraw claims by **1/23/2026.**

The parties will file a proposed amended complaint on consent by **1/30/2026**.

The deadline to commence dispositive motion practice, consistent with the Individual Practice Rules of District Judge Ramon E. Reyes, is extended to **2/20/2026**.

The Nassau County Attorney's Office shall order a transcript of these proceedings, file the transcript on the docket, and shall provide a copy of the transcript to the Nassau County Attorney, Judge Thomas Adams, by **2/13/2026**.

      SO ORDERED

      /s/ Lee G. Dunst
      LEE G. DUNST
      United States Magistrate Judge