# LA PINTA LESKO
LA PINTA, LESKO & MISKIEWICZ, P.C.

ANTHONY M. LA PINTA
MARK J. LESKO
JAMES MISKIEWICZ

MICHAEL E. FEHRINGER

Michelle McCarthy, Office Manager

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

January 30, 2026

The Honorable Lee G. Dunst
Magistrate Judge, United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Hasper v. County of Nassau, et al.**
            2:20 CV 2349 (RER)(LGD)

Dear Magistrate Judge Dunst:

    I represent plaintiff William Hasper in the above matter.

    The plaintiff is filing a Second Amended Complaint contemporaneous with this correspondence with the consent of defendants. Since the last court conference, plaintiff has decided not to withdraw any causes of action. The Complaint was amended to remove the unidentified "John Doe" defendants and any factual allegations of damages to plaintiff's professional reputation.

    In an attempt to avoid unnecessary dispositive motion practice, the parties will meet and confer and continue to discuss the possibility of dismissing certain causes of action by stipulation. The parties are aware that the deadline to commence dispositive motion practice, consistent with Judge Reyes' Individual Practice Rules, is February 20, 2026.

    Thank you for your time and attention.

Respectfully submitted,

*Anthony M. La Pinta*
**ANTHONY M. LA PINTA**

cc:    John P. McEntee, Esq. (by ECF)
        Kathryn C. Cole, Esq. (by ECF)