# Exhibit C

- 7/11 Video -
Submitted Under Separate Cover