# Exhibit D

- Laundry Stadium Video -
Submitted Under Separate Cover