# Exhibit E

PDCN 32B - REV. 6/83

POLICE DEPARTMENT, COUNTY OF NASSAU, N.Y.
SUPPORTING DEPOSITION

INSTRUCTIONS: Deponent must place signature immediately after his/her narrative statement which shall include a statement of non-permission when applicabl
Police Officer will complete boxed area of form and will witness the deponent's statement by placing signature immediately below the deponent's signature.

| Case Report No. | D.D. No. | Defendants Name if Known | Relationship of Deponent to Property |
|---|---|---|---|
| 2019CR310133 | 3-741-19 | | |

| Date & Time of Deposition | WITNESS / Rank | Name Printed | Serial No. | Command |
|---|---|---|---|---|
| 2/15/19  1400 | Det | Ryan Lunt | 8894 | 359 |

NOTICE
ANY FALSE STATEMENT MADE IN THIS DEPOSITION IS PUNISHABLE AS A CLASS A MISDEMEANOR
PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

I am Cameron Grady (DOB 5/21/1996) I have read and understand the above noti
On the 15 day of February 20 19 at about 12:34 ☐AM ☒PM I was working as a security guard for Bethpage Federal Credit Union located at 750 Old Country Rd. Westbury NY. While I was working, a male white wearing glasses with gray hair wearing a gray sweater with blue jeans stocky build approximately 5'8 in height approximately 200-220 lbs looked to be in his 50's in age, was in the bank and didn't make a transaction. He came to me as he was leaving and said. "I was in an argument outside with another guy, He called the cops so I'll be back later". As he walked into the parking lot, I observed the male get into a black pickup truck which was parked in a parking spot closest to the bank. I then saw a male white with black hair and glasses wearing a dark colored suit standing behind the other male whites black pickup. It appeared that the male white in the suit was trying to prevent the male in the black pickup from leaving. I saw the black pickup then reverse and intentionally bump into the male white in the suit multiple times until he pushed him out of the way. I then saw the male white in the suit go to the front of the pickup to prevent the pickup from leaving and again I saw the pickup being operated by the same male white in the bank intentionally bump the male white in the suit. I yelled to the man in the suit to "let him go" because I was afraid he was going to get run over. After the incident occurred, I reviewed the video surveillance system and confirmed that the same guy in the bank video is the same guy who came up to me, got in dark colored pickup truck and intentionally strike the male white in the suit before
Det Lunt is writing this for me in my own words and it is the truth. X Cameron Grady