# Exhibit F

Dear Judge Quinny,
    I am Cameron Grady. I wanted to tell you my concerned about dealing with the Nassau Police. The police came to my mother's house 11:pm. I dont want them coming back. I just want to go to court and tell the truth at trial. The truth is that I did not write that form that they call 32-B. The police wrote it while I was busy working on my shift. They did not even have me read it. They just told me to sign it. I thought they wrote what I said, but they added things that I didnt say. For example they wrote 3 times that Hasper intentionally struck the guy in the suit. I never said that and he never struck him. The guy in the suit was the one acting all crazy. Hasper was a gentlemen and was calm the whole time. The guy in suit stood behind the truck, Hasper was carefully trying to leave. Then guy in suit ran around the passeger side of truck and stood infront of it. He had his cellphone in hand look like

Cameron

he was trying to take picture of the truck. At no time did guy in suit have his Badge in hand. It was his Cellphone. The guy in suit did not Identify himself to hasper and me as a police officer. The first time and only time he mention he is a cop is after hasper left in his truck. The guy in suit ran back to his car to follow hasper's truck. He started to limp only after the police showed up. Another thing that is not honest in Statement is where they wrote that the reason I was yelling at the guy in suit was to leave hasper alone, beacause I was Scared that he would get ran over. Ofcoure I wouldnt want nobody to get ran over on my shift. The reason I was yelling for him to leave him alone beause he was jumping infront mans car not letting him leave and thats not rigth you are not supposed to do that. When the guy in Suit jumped in front of the truck hasper was careful as he was trying to leave parking lot. Nobody knew this guy was a police officer. He seemed to me to be a agressive guy looking for figth.

I dont kow hasper, his investorgater or his lawyers. noone threaten me or gave me anything to write this letter. I just wanted to tell you these thing in my own words. I want to tell you everything in court and I dont want Police to harrass me or my mother.

todays Date is January 6, 2020.

*Cameron Grady* (signature)
Cameron Grady

Subscribed and sworn to me by Cameron Grady on the 6th day of January 2020.

Philip C. Tricolla
Notary

Philip C. Tricolla (signature)
Notary Signature

PHILIP C TRICOLLA
Notary Public - State of New York
No. 01TR6220103
Qualified in Nassau County
My Commission Expires April 12, 2022