

# LA PINTA LESKO
LA PINTA, LESKO & MISKIEWICZ, P.C.

ANTHONY M. LA PINTA
MARK J. LESKO
JAMES MISKIEWICZ

MICHAEL E. FEHRINGER

Michelle McCarthy, Office Manager

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

February 12, 2026

The Honorable Lee G. Dunst
United States Magistrate Judge
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Hasper v. County of Nassau, et. al.**
             2:20 CV 2349 (RER)(LGD)

Dear Magistrate Judge Dunst:

    I represent plaintiff William Hasper in the above matter. Kindly accept this joint status report on behalf of the parties.

    The parties have recently met and conferred and had a productive discussion about the possibility of dismissing certain causes of action and/or removing certain defendants from this lawsuit by stipulation, all in an attempt to avoid unnecessary dispositive motion practice. The parties intend to continue our discussions next week.

    Considering the foregoing, the parties respectfully request that the current date for commencing dispositive motion practice, consistent with District Judge Ramon E. Reyes's Individual Practice Rules, be adjourned for 20 days to March 12, 2026.

    Kindly advise me if you are in need of any additional information to accommodate this request.

Respectfully submitted,

LA PINTA, LESKO & MISKIEWICZ, P.C.,
*Counsel for Plaintiff*

By: */s/ Anthony M. La Pinta*
      Anthony M. La Pinta

GREENBERG TRAURIG, LLP,
*Counsel for Defendants*

By: */s/ John P. McEntee*
      John P. McEntee
      Kathryn C. Cole