

**John P. McEntee**
*Co-Managing Shareholder, Long Island Office*
T: +1 516-629-9605
John.McEntee@gtlaw.com

February 20, 2026

By ECF
Honorable Lee G. Dunst
United States Magistrate Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Hasper v. County of Nassau, et. al.*, No. 20-cv-2349-RER-LGD (E.D.N.Y.)

Dear Magistrate Judge Dunst:

The parties have had several productive conversations about narrowing the scope of the claims and the number of defendants in this action. The parties have agreed that the claims against defendants John Purcell and Jonathan Panuthos will be discontinued pursuant to a stipulation and proposed order to be filed but were unable to reach agreement on all issues. As a result, Defendants intend to move for partial summary judgment as to certain claims and defendants.

Defendants therefore respectfully request, with the consent of Plaintiff, that the deadline for commencing dispositive motion practice under the Individual Practice Rules of the Hon. Ramon E. Reyes, and the deadline to respond to the Second Amended Complaint, be extended to March 27, 2026.

Thank you.

Respectfully submitted,

| GREENBERG TRAURIG, LLP, | LA PINTA, LESKO & MISKIEWICZ, P.C., |
| --- | --- |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| By: */s/ John P. McEntee* | By: */s/ Anthony LaPinta* |
|     John P. McEntee |     Anthony LaPinta |
|     Kathryn C. Cole |     Michael E. Fehringer |

**Greenberg Traurig, LLP | Attorneys at Law**
900 Stewart Avenue | Garden City, New York 11530 | T +1 516.629.9600 | F +1 516.706.8666

www.gtlaw.com

ACTIVE 719449555v1