# EXHIBIT B



1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------x

WILLIAM F. HASPER,

                    Plaintiff,

         -against-                    Index No.
                                      20-CV-2349
                                      (WFK)(ST)

COUNTY OF NASSAU, DETECTIVE/SERGEANT
WILLIAM S. RUSSELL, DETECTIVE RYAN M. LUNT,
DETECTIVE VINCHENZO VACCHIANO, DETECTIVE THOMAS
A. ROCHE, DETECTIVE JOHN PURCELL, DETECTIVE
JONATHAN PANUTHOS, DETECTIVE/SERGEANT NABIL
HUSSAIN, LIEUTENANT VALERIE F. TROISE, and JOHN
DOES NO. 1 AND NO. 2,

                    Defendants.

-------------------------------------------------x

                    900 Stewart Avenue, 5th Floor
                    Garden City, New York 11530

                    January 15, 2026
                    1:00 P.M.


         VIDEOTAPED DEPOSITION of

DETECTIVE/SERGEANT WILLIAM S. RUSSELL, one of

the Defendants herein, taken by the attorneys

for their respective parties, pursuant to

Order, held at the above place and time,

before Richard F. Masin, III, a Stenotype

Reporter and Notary Public of the State of New

York.

6

W. Russell

Q    And your answers will be truthful as you are under oath, correct?

A    Yes.

Q    If you'd like to take a break at any time, or consult with your attorneys, you are more than welcome to do that.  You can do that any time you like; Okay?

A    Yes.

Q    Is your full name, William Shawn Russell?

A    Yes.

Q    Do your close friends refer to you sometimes as Shawny?(phonetic)

A    No.

Q    Have you ever been known by the nickname, Shawny?

A    No.

Q    Prior to this deposition, what documents have you reviewed to prepare?

A    I reviewed the grand jury, I reviewed my deposition from my civil case, I reviewed the particulars for the civil case, and the court, the trial, the trial paperwork.

Q    So let me just unfold that a bit.  Your

7

                              W. Russell

grand jury testimony is when you testified before

the grand jury regarding the criminal charges

brought against Mr. Hasper; is that correct?

     A    Yes.

     Q    And you were furnished a copy of that

grand jury testimony by your attorneys?

     A    Yes.

     Q    The deposition on your motor vehicle

case, that is the motor vehicle case entitled,

Russell versus Hasper?

     A    Yes.

     Q    Stemming from the interactions you had

with Mr. Hasper on February 15th of 2019?

     A    Yes.

     Q    Were you furnished that deposition by

you lawyers?

     A    Yes.

     Q    You mentioned a document by the name of

particulars.  Do you mean bill of particulars?

     A    I believe that's what it is.

     Q    And is it the bill of particulars that

referred to the civil case that we just referred

to?

     A    Yes.

8

W. Russell

Q    And that was furnished by your attorneys as well?

A    Yes.

Q    Who furnished you the bill of particulars?

A    My attorneys.

Q    Mr. McEntee?

A    Yes.

Q    Lastly, you referred to the trial papers.  Do you mean your trial transcripts?

A    Yes.

Q    In the particular, what documents of your trial transcript did you read?

A    My testimony.

Q    Did you read anyone else's testimony?

A    No.

Q    Did you review any other documents besides what you've indicated here to prepare for this deposition?

A    I reviewed my statement as well.

Q    And that's a statement that you gave in furtherance, and in support of the accusatory instrument that was used to charge Mr. Hasper with various crimes that took place on

22

W. Russell

doing chest compressions on the victim, where the aided was the victim. And the ambulance had to swerve out of the way for an oncoming car, and it threw me across the back of the ambulance.

Q    What was the injury to your shoulder?

A    I had rotator cuff damage, labrum damage, and there was a small piece of broken bone in my shoulder.

Q    Any injuries to your knees, legs, or feet from that incident?

A    I don't recall.

Q    And regarding the domestic violence incident, you said ligament damage. Did you have any type of surgical procedures for that?

A    For my wrist, no.

Q    Did you have any injuries to your knee, leg, or foot, from that domestic violence issue?

A    I don't recall.

Q    I'm going to direct your attention to February of 2019. I'm not going to ask you where your residence is, but do you live in the vicinity of the Bethpage Federal Credit Union?

A    Yes.

MR. MCENTEE: Hold it. There's multiple

23

W. Russell

branches, so objection to form.

Q    I'm talking about the subject location of this incident, 700 Old Country Road in Westbury.  Do you live in that vicinity?

A    I think it's 750 Old Country Road.

Q    Okay.  Do you live in that vicinity?

A    Yes.

Q    Do you live in the jurisdiction, your private residence, of the 3rd Precinct of the Nassau County Police Department?

A    Yes.

Q    And in February of 2019, did you have any other sources of income from employment besides the Nassau County Police Department?

A    Yes.

Q    What were those sources of income?

A    I have an LLC, which I deal with ATM machines.

Q    All right.

A    I don't think I got my real estate license yet.

Q    In February of 2019?

A    Yeah, I don't believe I got my real estate license yet, I'm not sure.

24

W. Russell

Q    Did you obtain a real estate license after February of 2019?

A    Yes.

Q    Are you a salesperson of real estate?

A    Yes.

Q    Do you currently have that position?

A    Yes.

Q    Who do you work for, currently?

A    A real estate state company called True North Realty.

Q    Where are they located?

A    Their location is in Southhold, New York.

Q    Southhold on the east end?

A    Yes.

Q    What is the name of your ATM, LLC business?

A    It's NSC 2110.

Q    Say again?

A    NSC 2110.

Q    Are you the sole owner of that LLC?

A    Yes.

Q    When did that LLC first create -- when was it first created?