# LA PINTA LESKO
LA PINTA, LESKO & MISKIEWICZ, P.C.

ANTHONY M. LA PINTA
MARK J. LESKO
JAMES MISKIEWICZ

MICHAEL E. FEHRINGER

Michelle McCarthy, Office Manager

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

April 1, 2026

The Honorable Ramon E. Reyes, Jr.
United States District Court, EDNY
225 Cadman Plaza
Brooklyn, New York 11201

Re:     **Hasper v. County of Nassau, et. al.**
        20-CV-2349 (RER)(LGD)

Your Honor:

I represent plaintiff William Hasper in the above matter.

Kindly accept this request to extend plaintiff's time to respond to defendants' request for a pre-motion conference (DE 104) from April 3, 2026 to April 17, 2026. This request is being made to allow me time to discuss defendants' submission with plaintiff in an attempt to resolve the issues raised therein by stipulation rather than motion practice.

John P. McEntee and Kathryn C. Cole, counsel for defendants, consent to this request. Please contact me if you are in need of anything further to accommodate this request. Thank you.

Respectfully submitted,

**ANTHONY M. LA PINTA**

cc:     John P. McEntee, Esq. (By ECF)
        Kathryn C. Cole, Esq. (By ECF)