# _Notice of Request to Submit Electronic Evidence_

**Case Number:** 20-cv-02349 (RER)(LGD)

**Filing Party Name:** William Hasper

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** 107 (Exhibits K and L)

**If the format is PDF, why hasn't it been docketed electronically?**

N/A