

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOHN CARNEVALE**
*Assistant Corporation Counsel*
Tel.: (212) 356-2415
Fax: (212) 356-3509
jcarneval@law.nyc.gov

May 6, 2026

**VIA ECF**
Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re:     *Hasper v. County of Nassau et. al.*
20-cv-2349 (RER) (LGD)

Dear Judge Dunst:

I hope that all is well with you and your Honorable Court, always. I was previously employed as a Deputy County Attorney with the Office of the Nassau County Attorney located in Mineola, New York. Consequently, I appeared as the attorney for Defendants in this matter. (ECF 81). I recently resigned as a Deputy County Attorney, and am no longer employed by the County of Nassau.

I hereby request this Court terminate my appearance or otherwise relieve me as the attorney for Defendants. Defendants will continue to be represented by John McEntee and Kathyrn Cole of Greenberg Traurig, LLP. (ECF 90 and 91).

Thank you for the Court's attention to this request.

Sincerely,

*/s/ JCarnevale*

John Carnevale
*Assistant Corporation Counsel*
Special Federal Litigation Division

**cc:**     *All Parties via ECF*