# CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Courtroom 2E North**

**Date:** 5-26-2026                                      **Time in Court:** 55 min

**Docket Number:** 20-cv-02349

**Case Title:** *Hasper v. County of Nassau et. al.*

**Court Reporter:** Nicole Sesta          **Time Log:** N/A

**Law Clerk:** LMJ

**Plaintiff(s)/Petitioner represented by:** Anthony M. LaPinta

**Defendant(s)/Respondent represented by:** John P. McEntee of Greenberg Traurig, LLP

**Type of Hearing Held:** Pretrial Conference

**Pending Motion(s):**

**TEXT:**

Case called. Anthony M. LaPinta appeared for Plaintiff. John P. McEntee of Greenberg Traurig, LLP, appeared for Defendants. Discussions held. The parties shall meet and confer on a briefing schedule for Defendants' motion for summary judgment and file the fully briefed motion by **November 13, 2026**, pursuant to the Court's bundling rule in Individual Rule IV.B.3.

A jury selection is scheduled for **July 12, 2027, at 9:30 A.M.** in U.S. District Court Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 in Courtroom 2E North before District Judge Ramon E. Reyes, Jr., with the jury trial to commence immediately thereafter. The Court sets the trial schedule as follows: (1) the parties shall file a proposed joint pretrial order, joint proposed requests to charge, joint proposed voir dire questions, and a joint proposed verdict sheet on

ECF with PDF and Microsoft Word copies provided to the Court via email at reyes_chambers@nyed.uscourts.gov no later than **May 28, 2027**; (2) the parties shall meet and confer on a schedule for serving motions in limine and responses, and file all fully briefed motion in limine by **July 2, 2027**; (3) the parties shall provide the Court with **three (3)** sets of three-ring, tabbed binders containing labeled copies of all exhibits and a table of contents listing all exhibits no later than **July 2, 2027**; (4) the final pretrial conference is scheduled for **July 5, 2027, at 11:00 AM** in Courtroom 2E North. The Court will not accept any audio/visual evidence by email, USB flash drive, CD, or other similar method of delivery. Rather, instructions on submitting video/audio evidence can be found on the court's website (<u>https://evidence.nyed.uscourts.gov</u>).

Contact Court Reporter Nicole Sesta at (718) 804-2758 to order the transcript.