GreenbergTraurig

***John P. McEntee***
*Co-Managing Shareholder, Long Island Office*
T: +1 516-629-9605
John.McEntee@gtlaw.com

October 16, 2026

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Hasper v. County of Nassau, et. al.*,
No. 20-cv-2349-RER-LGD

Dear Judge Reyes:

We represent Defendants in this action.

I write to advise the Court that Defendants have served upon Plaintiff their motion for partial summary judgment pursuant to Fed. R. Civ. P. 56.

Respectfully submitted,

John P. McEntee

JPM/

cc: All Attorneys of Record (By ECF)